

SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | UNITED COLLECTION BUREAU, INC. | File Number | 56135332 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 10/11/1990 | State | OHIO |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 10/11/1990 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | HAROLD S RICHARD III 4608 QUEENSBERRY CT TOLEDO OHIO 43623 |
| Agent City | CHICAGO | Secretary Name & Address | TOM SCHEANWALD 22100 HONEYSUCKLE CURTICE OHIO 43412 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2011 |

**Return to the Search Screen**    Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT
Group
A

http://www.ilsos.gov/corporatellc/CorporateLlcController    8/15/2011

8/15/2011



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | LVNV FUNDING LLC | File Number | 01975706 |
|---|---|---|---|
| Status | ACTIVE | On | 08/03/2011 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 09/25/2006 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 09/25/2006 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 625 PILOT ROAD STE 2 LAS VEGAS, NV 89119 |
| Agent City | CHICAGO | Management Type | MGR  **View** |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 08/03/2011 | For Year | 2011 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**    **Purchase Certificate of Good Standing**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

http://www.ilsos.gov/corporatellc/CorporateLlcController                    8/15/2011



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

# LP/LLLP FILE DETAIL REPORT

| Entity Name | RESURGENT CAPITAL SERVICES L.P. | File Number | S015786 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | LP/LLLP | Type of LP/LLLP | FOREIGN |
| File Date | 10/29/1999 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 10/29/1999 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Designated Office | 15 S MAIN ST SUITE 600 GREENVILLE SC 29601-0000 |
| Agent City | CHICAGO | Duration | PERPETUAL |
| Agent Zip | 60604-1101 | Annual Report Filing Date | 00/00/0000 |
| Old LP/LLLP Name | 06/27/2005 - ALEGIS GROUP L.P. | | |

Return to the Search Screen                Purchase Certificate of Existence

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE