Print this Listing

8/15/2011    **Illinois Division of Professional Regulation**    4:16:57 PM

## SEARCH FOR LICENSEE BY PROFESSION:
## Collection Agency, Licensed
## THERE ARE 1 RECORDS WHOSE NAME CONTAINS: united collection bureau

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| UNITED COLLECTION BUREAU INC | | 017001091 | ACTIVE | TOLEDO, OH | 02/13/1991 | 05/31/2012 | N |

**Page 1**


EXHIBIT Group B

Print this Listing

8/15/2011    **Illinois Division of Professional Regulation**    4:15:29 PM

## SEARCH FOR LICENSEE BY PROFESSION:
## Collection Agency, Licensed
### THERE ARE 1 RECORDS WHOSE NAME CONTAINS: lvnv funding

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | 017021172 | ACTIVE | Las Vegas, NV | 08/28/2008 | 05/31/2012 | N |

**Page 1**

Print this Listing

8/15/2011     **Illinois Division of Professional Regulation**     4:14:56 PM

## SEARCH FOR LICENSEE BY PROFESSION:
## Collection Agency, Licensed
## THERE ARE 1 RECORDS WHOSE NAME CONTAINS: resurgent

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES LP | | 017020458 | ACTIVE | GREENVILLE, SC | 07/18/2000 | 05/31/2012 | N |

Page 1