IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joshua Walls, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | No.   11 C 6026 |
| United Collection Bureau, Inc., an Ohio corporation, LVNV Funding, LLC, a Delaware limited liability company, and Resurgent Capital Services, L.P., a Delaware limited partnership, ) ) ) ) ) ) ) | Judge Grady |
| Defendants. ) | |

**MOTION TO AWARD ATTORNEYS' FEES AND COSTS**

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), to award attorneys' fees and costs for the litigation of this matter.  In support of this motion, Class Counsel states:

1. The Class Action Complaint in this matter was filed on August 30, 2011.

2. The Settlement Agreement, dated August 6, 2012, provides that the Defendants are to pay Class Counsel's attorneys' fees and costs in the amount of $36,000.

3. Attached as Exhibit A is the Declaration of Class Counsel, David J. Philipps, which shows that his firm has incurred more than $36,000 in fees and costs in prosecuting this matter on behalf of Plaintiff and the Class.  Philipps & Philipps, Ltd.'s contemporaneous time and expense records for the work in this matter are attached to the Declaration as Exhibit 1.

4. The total amount of attorneys' fees and costs that will have been incurred, through the date of the fairness hearing, is $39,908.45, out of which Defendants have

agreed to pay $36,000, plus $3,000 for class notice, settlement administration and distribution.

WHEREFORE, Class Counsel hereby requests that this Court award counsel $36,000 for their attorneys' fees and costs, plus $3,000 for class notice, settlement administration and distribution.

                                          Class Representative, Joshua Wells

                                          By:/s/ David J. Philipps
                                          Class Counsel

Dated: December 10, 2012

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2012, a copy of the foregoing **Motion To Award Attorneys' Fees and Costs** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James B. Hiller                         jhiller@gordonrees.com
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

3